# United States District Court

### EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

ANTOINE S. REED a.k.a.
AHIJAH DEITY, JIRARD TWANY

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:09 MJ 180 DDN

I, Detective Harold Stone, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 29, 2009, in the City of St. Louis, in the Eastern District of Missouri, defendant did, (Track Statutory Language of Offense)

knowingly and intentionally possess with the intent to distribute fifty grams or more of a mixture of substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic controlled substance drug

in violation of Title 21, United States Code, Section 841. I further state that I am a Detective with the St. Louis Metropolitan Police Department and that this complaint is based on the following facts:

See Attached Affidavit.

**Continued on the attached sheet and made a part hereof.**   **X** Yes    No_ No

Sworn to before me, and subscribed in my presence

_Det Harold Stone 4241_
Signature of Complainant
Detective Harold Stone
SLMPD

August 31, 2009
Date

at   St. Louis, Missouri
City and State

_David D. Noce_
Signature of Judicial Officer

DAVID D. NOCE
United States Magistrate Judge
Name and Title of Judicial Officer