UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09 MJ 180 DDN ) |
| ANTOINE S. REED a.k.a.<br>AHIJAH DEITY, JIRARD TWANY, | ) ) ) ) |
| Defendant. | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney

MICHAEL A. REILLY, #115988
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200