UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
     v.                         )        No. 4:09MJ0180 DDN
                                )
                                )
ANTOINE REED,                   )
                                )
            Defendant.          )

## ORDER

ANTOINE REED having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is appointed to represent ANTOINE REED in this matter.



                    ____/S/___David D. Noce_____
                    **UNITED STATES MAGISTRATE JUDGE**


Signed on August 31, 2009.