UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

SEP - 3 2009

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) No. | 4:09CR00572HEA |
| ANTOINE S. REED a.k.a. Ahijah Deity, Jirard Twany, and Antione S. Reed, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 29, 2009, in the City of St. Louis, within the Eastern District of Missouri,

**ANTOINE S. REED,**
a.k.a.
**Ahijah Deity, Jirard Twany, and Antione S. Reed,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute fifty grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1) and punishable under 841(b)(1)(A)(iii).

## COUNT TWO

The Grand Jury charges that:

On or about August 29, 2009, in the City of St. Louis, within the Eastern District of Missouri,

**ANTOINE S. REED,**
**a.k.a.**
**Ahijah Deity, Jirard Twany, and Antione S. Reed,**

the Defendant herein, during and in relation to the drug trafficking crime named in Count One, did knowingly possess one or more of the following firearms, to wit:

1) A Smith & Wesson 9 millimeter pistol;

2) A Smith & Wesson .38 caliber revolver;

3) A Ruger 9 millimeter pistol; and

4) An SKS rifle,

in furtherance of the drug trafficking crime charged in Count One.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury charges that:

On or about August 29, 2009, in the City of St. Louis, within the Eastern District of Missouri,

**ANTOINE S. REED,**
**a.k.a.**
**Ahijah Deity, Jirard Twany, and Antione S. Reed,**

the Defendant herein, having been previously convicted of one or more felony offenses, crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more of the following firearms, to wit:

1) A Smith & Wesson 9 millimeter pistol;

2) A Smith & Wesson .38 caliber revolver;

3) A Ruger 9 millimeter pistol; and

4) An SKS rifle,

each of which previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.


_____
FOREPERSON

MICHAEL W. REAP
Acting United States Attorney


_____
MICHAEL A. REILLY, #115988
Assistant United States Attorney