UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
UNITED STATES MAGISTRATE JUDGE DAVID D. NOCE
Courtroom Minute Sheet – Criminal Case

Date **09/02/09** Judge **DDN** Case No. **4:09mj180 DDN**

UNITED STATES OF AMERICA v. **Antoine Reed**

Court Reporter **FTR GOLD** Deputy Clerk **D. O'Leary**

Assistant United States Attorney(s) **Michael Reilly**

Attorney(s) for Defendant(s) **Lucille Liggett**

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
- ☐ Arraignment
- ☒ Preliminary Examination
- ☐ Motion Hearing
    - ☐ Evidentiary Hearing
    - ☐ Oral Argument/Non Evidentiary Hearing
- ☒ Detention Hearing
- ☐ Bond Review
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference
- ☐ Material Witness

Parties present for hearing on **detention + preliminary exam; court to issue conditional detention order; probable cause issue held in abeyance pending indictment notification**

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____  ☐ Secured Appearance Bond  ☐ Secured by 10%

☐ Secured by cash only  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for_____ @ _____

☐ Preliminary examination set for_____ @ _____

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered _____  Order on pretrial motions:  ☐ issued  ☐ to issue

☐ Oral Motion for Suppression by deft  ☐ Oral Motion for Extension of Time to File Pretrial Mtns by deft

☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

☒ Remanded to custody  ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced **3:08 pm** Proceeding concluded **3:12 pm** Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.