UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09 CR 572 HEA |
| | ) | |
| ANTOINE S. REED | ) | |
| a.k.a. | ) | |
| Ahijah Deity, Jirard Twany, and Antione S. | ) | |
| Reed, | | |
| | | |
| Defendant. | | |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Michael W. Reap, Acting United States Attorney for the Eastern District of

Missouri, and Michael A. Reilly, Assistant United States Attorney for said District, and hereby

enter their appearance on behalf of the United States.

Respectfully submitted,

MICHAEL W. REAP
Acting United States Attorney


*s/Michael A. Reilly*
MICHAEL A. REILLY, #115988
Assistant United States Attorney
111  South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200