UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:09 CR 572 HEA |
| | ) |
| ANTOINE S. REED | ) |
| a.k.a. | ) |
| Ahijah Deity, Jirard Twany, and Antione S. Reed, | ) |
| | |
| Defendant. | |

## REQUEST FOR CONTINUED DETENTION

Comes now the United States of America, by and through its attorneys, Michael W. Reap, Acting United States Attorney for the Eastern District of Missouri, and Michael W. Reilly, Assistant United States Attorney for said District, and requests that the previous request for detention against the defendant continue.

As and for its grounds, the Government states as follows:

1. A previous complaint per case number 4:09 MJ 180 DDN was filed against defendant on August 31, 2009.

2. There is a continued serious risk that the defendant will flee if released on bond.

3. There is a continued threat to the community if defendant is released on bond.

WHEREFORE, the Government requests that the previous request of detention continue against defendant.

MICHAEL W. REAP
Acting United States Attorney


*s/Michael A. Reilly*
MICHAEL A. REILLY, #115988
Assistant United States Attorney