UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09 CR 572 HEA |
| ) | |
| ANTOINE S. REED, ) | |
| ) | |
| Defendant. ) | |

**DETENTION ORDER**

This action was before the court on September 3, 2009, for a detention hearing upon the motion of the United States under the Bail Reform Act of 1984, 18 U.S.C. § 3142, that defendant Antoine S. Reed be detained.

Defendant Reed is charged by indictment with one count of unlawfully possessing cocaine base and two counts of unlawfully possessing a firearm. The maximum statutory penalties upon conviction include imprisonment for not less than 10 years.

Defendant Reed is currently in Missouri state custody. Therefore, at the detention hearing through counsel defendant orally waived his right to a detention hearing at this time, subject to reconsideration upon motion of the defendant if his circumstances change.

Therefore,

**IT IS HEREBY ORDERED** that the motion of the United States that defendant Antoine S. Reed be detained is sustained. Defendant is committed to the custody of the United States Marshals Service until further order. Defendant may move for reconsideration in the future.

**IT IS FURTHER ORDERED** that defendant be allowed reasonable opportunity for consultation with counsel.

/S/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 3, 2009.