UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09CR572HEA(MLM) |
| ANTOINE S. REED, | ) |
| Defendant. | ) |

ORDER CONCERNING PRETRIAL MOTIONS

IT IS HEREBY ORDERED that forthwith the government shall give notice to the defendant of its intention to use specific evidence at trial pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that forthwith each party may propound to the opposing party, and may file with the court, any request for pretrial disclosure of evidence or information.  Not later than September 21, 2009  the parties shall respond to any such requests for pretrial disclosure of evidence or information and may file with the court a copy of any such response.  To avoid a proliferation of documents, to the extent practicable, all such requests for disclosure and the responses thereto shall be contained in one request document or in one response document, with each separate item of information or evidence discussed being a subpart of said document.

At the Arraignment defendant's counsel made an oral motion for additional time to file pretrial motions.  Defendant's counsel has not received discovery nor had time to investigate the evidence nor had an opportunity to discuss it with defendant nor had time to

decide whether or not to file pretrial motions. The court finds that to deny defendant's request for additional time would deny counsel for defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting defendant's oral motion for additional time outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Therefore,

IT IS FURTHER ORDERED that defendant's oral Motion for Extension of Time within which to file motions is GRANTED.

IT IS FURTHER ORDERED that not later than September 25, 2009, the parties may file any relevant pretrial motion(s) and the parties shall respond to any such motions within five (5) days thereafter.

IT IS FURTHER ORDERED that any pretrial motion seeking a court order to compel the production of evidence or information from the opposing party, and each motion to suppress evidence, shall contain a statement of counsel that movant's counsel has personally conferred with counsel for the opposing party about the issue(s) raised in the motion(s), that there is a good faith belief that the information or evidence exists about which discovery is sought or which the defendant seeks to have suppressed, and (for motions for disclosure) that the disclosure of said information or evidence has been refused by the opposing party. Any such motion not having such attestation will not be considered or ruled by the Court.

IT IS FURTHER ORDERED that any motion to suppress shall set forth, with particularity, the items(s) of evidence to which the motion is addressed, and shall set forth specific factual details to support any claim that such evidence was unlawfully obtained. Any

motion to suppress not containing such specific information or any motion cast in conclusory or conjectural terms will not be heard or considered by the Court. Each motion to suppress must be accompanied by a memorandum of law setting forth the specific legal ground upon which it is contended that any such item of evidence was unlawfully obtained, with citations to authority.

IT IS FURTHER ORDERED that if the defendant chooses not to file any pretrial motions, counsel for the defendant shall file with the Court, not later than September 25, 2009, a memorandum attesting that there are no issues that the defendant wishes to raise by way of pretrial motion; that counsel has personally discussed this matter with the defendant; and that the defendant agrees and concurs in the decision not to raise any issues by way of pretrial motion.

IT IS FURTHER ORDERED that all deadlines set forth in this order include weekend days and holidays. However, if a due date falls on a weekend or holiday, the due date for compliance shall be the next work day.

IT IS FURTHER ORDERED that all pretrial pleadings henceforth filed in this case shall include the initials of the Magistrate Judge under the case number.

IT IS FURTHER ORDERED that a pretrial hearing including an evidentiary hearing on any pretrial motions or a hearing on the waiver or withdrawal of motions is set for September 30, 2009 at 11:00 A.M. before the undersigned United States Magistrate Judge. The defendant is required to be present at the hearing.

No extension time of any deadline set in this order will be granted except upon

written motion, made before the expiration of the deadline, and upon good cause shown

Failure to timely file motions or requests, or to request an extension of time to do so, will be

considered a waiver of the right of a party to make such motions or requests, as set out in Rule

12(f), Federal Rules of Criminal Procedure.


/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this <u>8th</u> day of <u>September</u>, 2009