IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:09 CR 572 HEA (MLM) |
| ) | |
| ANTOINE S. REED, ) | |
| ) | |
| Defendant. | |

## SUBSTITUTION OF COUNSEL

COMES NOW BRIAN WITHERSPOON, from the Office of the Federal Public Defender, and hereby enters his appearance as attorney for defendant ANTOINE S. REED, replacing all counsel from this office who have previously appeared for Defendant.

Respectfully submitted,

/s/Brian Witherspoon
BRIAN WITHERSPOON
Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brian_Witherspoon@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

/s/Brian Witherspoon
BRIAN WITHERSPOON