**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

Date **9-8-09**   Judge **Mary Ann L. Medler**   Case No. **4:09 cr 572 HEA/MLM**

UNITED STATES OF AMERICA v. **Antoine S. Reed**

Deputy Clerk Initials: ARL / LGK / LAH   Court Recorder: **LAH**

Assistant United States Attorney: **Mike Reilly**

Attorney for Defendant: **Lucy Liggett**

Interpreter _____   ___ SEALED PROCEEDING

Proceedings:
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3)Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Revocation
- **X** Arraignment
- ___ In Court Hearing (WAIVER OF MOTIONS)
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Change of Plea/Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____
Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: MLM
Detention Hearing only scheduled: _____ @ _____ Before MLM
Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
- ✓ Defendant arraigned
- ✓ Waives reading of indictment/information
- ✓ Not guilty plea entered. Order on pretrial motions issued.
- ✓ Oral Motion for Extension of Time to File Pretrial Motions by defendant. Granted on record by MLM.

Evidentiary Hearing Scheduled: **9-30-09** @ **11:00**   Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
___ Defendant waives evidentiary hearing. ** Case referral termed.
___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.
___ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: _____ @ _____ Before _____

✓ Remanded to custody   ___ Released on bond

Proceeding commenced **10:20** a.m. / p.m.   Proceeding concluded **10:22** a.m./p.m.

## ARRAIGNMENT RECORD BEFORE U. S. MAGISTRATE JUDGE

USA v. __ANTOINE S. REED__   Case No. __4:09CR572HEA (MLM)__

Government's Counsel __MICHAEL REILLY__

Defendant's Counsel __FPD Lucy Liggett__

Interpreter __N/A__

__✓__ DEFENDANT PLACED UNDER OATH

    Defendant's correctly spelled name __yes__

    Defendant's age __29__ DOB __3/17/80__

__✓__ Defendant waives reading of Indictment

__✓__ Defendant ARRAIGNED

__✓__ Defendant pleads NOT GUILTY to __all 3__ Count(s) of the indictment

_____ TRIAL TO BE SET by Judge __HENRY E. AUTREY__

__N/A__ TRIAL SET on _____ at _____ A.M. before Judge _____

__✓__ Counsel orally moves for time to file Pretrial Motions

__✓__ Motion Granted and Order Concerning Pretrial Motions given to parties

__✓__ Evidentiary Hearing set on __9/30/09__ at __11:00 AM__ before Judge Mary Ann L. Medler

__✓__ Report & Recommendation due __ASAP__

__✓__ Defendant remanded to custody of U.S. Marshal

_____ Defendant released on existing bond

Date of Arraignment:
__9/8/09__

Mary Ann L. Medler
United States Magistrate Judge