IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:09CR572 HEA(MLM) |
| | ) | |
| | ) | |
| ANTOINE REED | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE EVIDENTIARY  HEARING

Comes now defendant Antoine Reed by and through his attorney Assistant Federal Public Defender Brian S. Witherspoon, and requests this Court continue the evidentiary hearing in this case for two weeks, from its current setting of September 30, 2009, so that counsel may further consult with Mr. Reed and the government concerning potential sentencing issues.

Michael Reilly, counsel for the government, has no objection.

Respectfully submitted,

/s/Brian S. Witherspoon
BRIAN S. WITHERSPOON     4735
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Brian_Witherspoon@fd.org
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 28, 2009, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Michael Reilly, Assistant United States Attorney.

/s/Brian S. Witherspoon
BRIAN S. WITHERSPOON      4735