UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|     Plaintiff, | ) |
|  | ) |
| vs. | ) Case No.: 4:09-cr-572-HEA |
|  | ) |
| ANTOINE S. REED, | ) |
|  | ) |
|     Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

          Respectfully submitted,

          ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


    By:    /S/N. Scott Rosenblum
          N. SCOTT ROSENBLUM, #4206
          Attorney for Defendant
          120 S. Central Avenue, Suite 130
          Clayton, Missouri 63105
          (314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael A. Reilly, assistant United States attorney.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/N. Scott Rosenblum
N. SCOTT ROSENBLUM, #4206
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050