UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-572 HEA (MLM) |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

### FIRST MOTION TO EXTEND THE TIME IN WHICH TO FILE PRETRIAL MOTIONS AND TO CONTINUE THE EVIDENTIARY HEARING

COMES NOW Defendant, Antoine Reed, by and through counsel, and moves this Court to extend the time in which to file pretrial motions by a period of ten (10) days and to continue the evidentiary hearing to a date of its choice. In support of this motion, Defendant states as follows:

1. Counsel entered his appearance on behalf of Defendant on October 5, 2009, three days ago.

2. Counsel received Defendant's discovery materials on October 6, 2009, two days ago.

3. As a result, counsel has not had sufficient time to discuss with Defendant the pretrial motions available to him or to determine if any such motions hold merit.

4. For these reasons, Defendant files the instant motion.

5. For these same reasons, failure to grant Defendant's motion will "deny counsel for the defendant...the reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

6. Accordingly, "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

7. Defendant, through counsel, has discussed this matter with assistant United States attorney Michael Reilly. Mr. Reilly does not object to Defendant's request.

8. Defendant will file with this Court a waiver of his rights under 18 U.S.C. § 3161 et. seq., if this Court should so request.

WHEREFORE, Defendant respectfully requests this Honorable Court extend the time in which to file pretrial motions by a period of ten (10) days and continue the evidentiary hearing to date of its choice.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ N. Scott Rosenblum
N. SCOTT ROSENBLUM, #4206
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-572 HEA (MLM) |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael A. Reilly, Assistant United States Attorney.

**First Motion to Extend the Time in which to File Pretrial Motions
and to Continue the Evidentiary Hearing**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:   /S/ N. Scott Rosenblum
      N. SCOTT ROSENBLUM, #4206
      Attorney for Defendant
      120 S. Central Avenue, Suite 130
      Clayton, Missouri 63105
      (314) 862-4332/Facsimile (314)862-8050

3