IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:09 CR 572 HEA |
| | ) |
| ANTOINE S. REED | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Comes now Brian S. Witherspoon, Assistant Federal Public Defender, and prays the Court allow the Federal Public Defender for the Eastern District of Missouri to withdraw from this cause for the reason that private counsel have entered their appearance.

Respectfully submitted,

/s/ Brian S. Witherspoon
BRIAN S. WITHERSPOON    4735
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Phone:  (314) 241-1255
Fax: (314) 421-3177
E-mail: Brian_Witherspoon@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Michael Reilly, Assistant United States Attorney.

/s/ Brian S. Witherspoon
BRIAN S. WITHERSPOON    4735
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Phone:  (314) 241-1255

ATTORNEY FOR DEFENDANT