# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **10/26/09**  Judge **Mary Ann L. Medler**  Case No. **4:09CR572 HEA**

UNITED STATES OF AMERICA v. **Antoine Reed**

Deputy Clerk Initials: ARL / (LGK) / LAH   Court Recorder: **L. Kresko**

Assistant United States Attorney: **Mike Reilly**

Attorney for Defendant: **Adam Fein**

Interpreter _____   ___ SEALED PROCEEDING

**Proceedings:**
___ Initial Appearance          ___ In Court Hearing (WAIVER OF MOTIONS)   ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release   ___ Motion Hearing           ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)           ___ Evidentiary Hearing      ___ Pretrial/Status Conference
___ Detention Hearing                        ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination                  ___ Preliminary Revocation
___ Bond Execution/Appearance Bond           ___ Supervised Release
___ Bond Revocation                          ___ Probation
___ Arraignment

Additional Information: **Waiver of speedy trial. motion/waiver hearing reset for 11/3/09 @ 10:30 am**

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____  Before: MLM

Detention Hearing only scheduled: _____ @ _____  Before MLM

Arraignment Scheduled: _____ @ _____  Before _____

**Preliminary Revocation Hearing:**

Final Supervised Release or Probation Revocation Hearing Scheduled: _____  Before _____

**Arraignment:**
_____ Defendant arraigned

_____ Waives reading of indictment/information

_____ Not guilty plea entered. Order on pretrial motions issued.

_____ Oral Motion for Extension of Time to File Pretrial Motions by defendant. Granted on record by MLM.

Evidentiary Hearing Scheduled: _____ @ _____   Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
_____ Defendant waives evidentiary hearing. ** Case referral termed.

_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

_____ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: _____ @ _____   Before _____

**✓** Remanded to custody   _____ Released on bond

Proceeding commenced **12:07** a.m./**p.m.**  Proceeding concluded **12:11** a.m./**p.m.**