UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-572-HEA (MLM) |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW DEFENDANT'S PREVIOUSLY FILED MOTIONS TO SUPPRESS EVIDENCE AND STATEMENTS**

COMES NOW Defendant, Antoine Reed, by and through counsel, and files the following motion to withdraw his previously filed motions to suppress evidence and statements. In support of this motion, Defendant states as follows:

1. On September 28, 2009, Defendant's prior counsel filed motions to suppress evidence and statements on Defendant's behalf.

2, After further conversation with present counsel, Defendant has determined that it is in his best interest to withdraw both motions.

3. In addition, Defendant has determined it is in his best interest to waive his right to file any other pretrial motions available to him under Rule 12 of the Federal Rules of Criminal Procedure.

4. Defendant makes this determination after discussion with counsel and of his own volition.

WHEREFORE, Defendant respectfully requests this Honorable Court permit him to

1

withdraw his previously filed motions to suppress evidence and statements and accept the instant filing as a waiver of his right to file any other motions available to him under Rule 12 of the Federal Rules of Criminal Procedure.

                          Respectfully submitted,

                          ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ Adam D. Fein
        ADAM D. FEIN, #*506332
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile (314)862-8050

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-cr-572-HEA (MLM) |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael A. Reilly, assistant United States attorney.

**Motion to Withdraw Defendant's Previously Filed
Motions to Suppress Evidence and Statements**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Adam D. Fein
ADAM D. FEIN, #*506332
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

3