**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Courtroom Minute Sheet – Criminal Case

**Date** 11/3/09   **Judge** Mary Ann L. Medler   **Case No.** 4:09CR572 HEA/MLM

**UNITED STATES OF AMERICA v.** Antoine Reed

Deputy Clerk Initials: **ARL**    Court Recorder: ARL

Assistant United States Attorney: Michael Reilly

Attorney for Defendant: Adam Fein
Interpreter _____    **SEALED PROCEEDING**

**Proceedings:**
___ Initial Appearance   **X** In Court Hearing **(WAIVER OF MOTIONS)** ___ Change of Plea/Sentencing
___ Initial Appearance Supervised Release   ___ Motion Hearing   ___ Competency Hearing
___ Rule 5(c)(3)Removal (Identity)   ___ Evidentiary Hearing   ___ Pretrial/Status Conference
___ Detention Hearing   ___ Oral Argument/Non Evidentiary Hearing
___ Preliminary Examination   ___ Preliminary Revocation
___ Bond Execution/Appearance Bond   ___ Supervised Release
___ Bond Revocation   ___ Probation
___ Arraignment

Additional Information: Motion [31] granted. Motion [18] termed.   Defendant allowed to withdraw pretrial motion and waived hearing.

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____
Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: MLM
Detention Hearing only scheduled: _____ @ _____ Before MLM
**Arraignment Scheduled:** _____ @ _____ **Before** _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

**Arraignment:**
___ Defendant arraigned
___ Waives reading of indictment/information
___ Not guilty plea entered.   Order on pretrial motions issued.
___ Oral Motion for Extension of Time to File Pretrial Motions by defendant. Granted on record by MLM.

Evidentiary Hearing Scheduled: _____ @ _____ Before MLM in Courtroom 13S.

**Evidentiary Hearing:**
___ Defendant waives evidentiary hearing. ** Case referral termed.
**X** By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. .**Case referral termed.
___ Hearing held. Testimony Heard. Motions taken under submission.

**Trial Scheduled:** 12/7/09 @ 9:30 a..m.   **Before** HEA

**X** Remanded to custody    ___ Released on bond
Proceeding commenced 10:40 a.m.   Proceeding concluded 10:46 a.m.