UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09CR572HEA(MLM) |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM FOR COURT

Counsel for defendant advises the Court that he/she believes he/she has received from the government all discovery to which he/she is legally entitled.

After review of the discovery, counsel for defendant has determined that it is in defendant's best interest (___ not to file pretrial motions) (___ to withdraw all previously filed pretrial motions.)

Counsel for defendant has discussed these matters with defendant.

---

Defendant has discussed these matters with counsel and understands the reasons for the determination (___ not to file pretrial motions) (___ to withdraw all previously filed pretrial motions).

Defendant agrees that it is in his/her best interest to waive his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have pretrial motions filed or to have pretrial motions considered by the Court.

Defendant waives his/her right to have an Evidentiary Hearing.

_____          _____
Counsel                                        Defendant
Date: 11.03.09                             Date: 11.03.09

---

After record made in open court, the Court finds that defendant's waiver of his/her right to have pretrial motions filed or considered by the Court and defendant's waiver of Evidentiary Hearing is knowingly and voluntarily made.

The trial in this case is set on **December 7, 2009** at **9:30 a.m.** before the Honorable Henry E. Autrey.

Date: 11/3/09

Mary Ann L. Medler
United States Magistrate Judge

cc: Judge Henry E. Autrey