UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-CR-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW, Gilbert C. Sison, who hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /s/Gilbert C. Sison
GILBERT C. SISON, #497754
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
Telephone:  (314) 862-4332
Facsimile:  (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-CR-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2009, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael A. Reilly, Assistant United States Attorney.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /s/Gilbert C. Sison
GILBERT C. SISON, #497754
120 S. Central Avenue, Suite 130
St. Louis, Missouri 63105
Telephone:  (314) 862-4332
Facsimile:  (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed