UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR572 HEA |
| | ) | |
| ANTOINE S. REED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court upon Defendant's Motion to Continue [Doc. #44] and

the Waiver of Speedy Trial [Doc. #37].  Plaintiff has no objection to this motion.

This Court, upon careful consideration of the motion of Defendant, and on review of the

record, finds that the ends of justice would best be served by continuing the trial setting as to

Defendant Antoine S. Reed. to March 15, 2010, and that a continuance of these proceedings

outweighs the best interest of the public and the defendant in a speedy trial.  Furthermore, failure

to grant a continuance would deny counsel for the Defendant and the Government the reasonable

time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has previously filed with this Court a signed Waiver of Speedy Trial under the

Speedy Trial Act, 18 U.S.C. §3161, [Doc. #37].

Concluding that the administration of justice will best be served by continuing this case,

the Court will reset trial in this proceeding.

Accordingly,

**IT IS HEREBY ORDERED**, that the trial setting as to Defendant Antoine S. Reed is

**RESET** to <u>March 15, 2010</u>, at <u>9:30 a.m.</u>

Dated this 10th day of February, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE