UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No.  4:09 CR 572 HEA |
| | ) |
| ANTOINE REED, | ) |
| | ) |
| Respondent. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Michael A. Bert, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


*s/ Michael A. Bert*
Michael A. Bert, #112821
Assistant United States Attorney




## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*s/ Michael A. Bert*
Michael A. Bert, #112821
Assistant United States Attorney