UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-CR-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL RIGHTS

COMES NOW, Defendant, Antoine Reed, and hereby executes this Waiver of Speedy Trial Rights as set forth in Title 18 U.S.C. § 3161 et seq.

Defendant further states to the Court that he believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Dated: March 12, 2010.

_____
Antoine Reed, Defendant

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC.

_____
Gilbert C. Sison, #497754
120 S. Central Avenue, Suite 130
St. Louis, MO 63105
Telephone: (314) 862-4332
Facsimile: (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:09-CR-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael A. Reilly, Assistant United States Attorney.

**Waiver of Speedy Trial Rights**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /s/ Gilbert C. Sison
GILBERT C. SISON, #497754
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
Telephone: (314) 862-4332
Facsimile: (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed