UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTOINE S. REED, )<br>)<br>Defendant. ) | Case No.: 4:09-CR-572-HEA |

## MOTION TO CONTINUE TRIAL DATE

COMES NOW, Defendant Antoine S. Reed, by and through his attorneys, and moves this Court for another continuance of the trial date in the above-captioned case. In support of said motion, Defendant states as follows:

1. The trial date in this matter is currently scheduled for April 26, 2010, at 9:30 a.m.

2. Unfortunately, despite counsel's best efforts, the parties have not yet arrived at an acceptable plea agreement in the case. As such, Defendant respectfully requests a continuance of the trial date to another date and time convenient to the Court's schedule. A continuance will afford the parties the opportunity to finalize a plea agreement which will dispense with the necessity of having a trial. The undersigned anticipates that such an agreement will be reached in the near future, and thus, the undersigned anticipates that this will be the last request for a continuance.

3. Defendant, filed a second waiver of speedy trial rights with the Court on or about March 12, 2010. (Doc. 50). A continuance will give the parties the opportunity to come to an agreement on an acceptable plea deal. Thus, a continuance in this matter would serve the ends of justice and outweigh the best interests of the public and Defendant in a speedy trial.

4.	Counsel for Defendant has consulted with Assistant United States Attorney, Michael Bert regarding this matter.  Mr. Bert has no objections to the requested continuance.

WHEREFORE, Defendant respectfully requests that the Court continue the trial in the above matter from its originally scheduled date of April 26, 2010, and set a new trial date for another date and time convenient to the Court's schedule, and for such other and further relief that the Court deems just and proper.

Dated: April 22, 2010.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS
        & GLASS, PC

By:	/s/ Gilbert C. Sison
    GILBERT C. SISON, #497754
    120 S. Central Avenue, Suite 130
    Clayton, Missouri 63105
    Telephone:  (314) 862-4332
    Facsimile: (314) 862-8050
    E-mail:  gsison@rsrglaw.com

    Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 4:09-CR-572-HEA |
| ANTOINE S. REED, | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 22, 2010, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael Bert, Assistant United States Attorney.

**Motion to Continue Trial Date**

              ROSENBLUM, SCHWARTZ, ROGERS
              & GLASS, PC

        By: /s/ Gilbert C. Sison
           GILBERT C. SISON, #497754
           120 S. Central Avenue, Suite 130
           Clayton, Missouri 63105
           Telephone:  (314) 862-4332
           Facsimile: (314) 862-8050
           E-mail:  gsison@rsrglaw.com

           Attorney for Defendant, Antoine S. Reed