Courtroom Minute Sheet
ARRAIGNMENT/PLEA/(CHANGE OF PLEA)
WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date __6/9/10__ Case No. __4:09cr572 HEA__
UNITED STATES OF AMERICA vs. __Antoine S. Reed__
Judge __Hon. Henry E. Autrey__ Court Reporter __G. Madden__
Deputy Clerk __TRC__ Interpreter _____
Assistant United States Attorney(s) __Michael Bert__
Attorney(s) for Defendant __Gilbert Sison__

*Arraignment/Waiver of Indictment/ Plea :*
Defendant's age __30__ Education __GED__
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____at_____a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information  ☐ Defendant arraigned
☐ Defendant enters a plea of  ☐ GUILTY  ☐ NOT GUILTY to counts of the
☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

*Change of Plea:*
☒ The Court finds the defendant competent to enter a plea of guilty.
☐ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) __1-3__ of the ☐superseding ☒indictment ☐information.
☒ Stipulation of facts relative to sentencing filed ☒ with ~~without~~ plea agreement .
☒ The Court adopts and approves ☒ Stipulation of Facts ☒ Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement until the date of sentencing  ☒ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____be held in abeyance until sentencing.
☐ Ordered that pending motions as to defendant_____are denied as moot.
☒ Sentencing set __9/8/10__ at __10:45__ (a.m)/p.m.
☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE_____
☒ Defendant is remanded to custody  ☐ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer_____

Defendant attorney present at __11:54__ (a.m)/p.m.
Proceedings commenced __12:13__ a.m./(p.m.)  concluded at __12:41__