UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:09 CR 00572 HEA |
| | ) |
| ANTOINE REED, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S STATEMENT
REGARDING THE PRESENTENCE INVESTIGATION REPORT**

COMES NOW the United States of America and states that it has no objection to the Presentence Investigation Report.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

s/ *Michael A. Bert*
MICHAEL A. BERT, #112821
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri  63102
(314) 539-2200

CERTIFICATE OF SERVICE

I hereby certify that on *August 16, 2010*, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Gilbert Sison.

s/ *Michael A. Bert*
MICHAEL A. BERT, #112821
ASSISTANT UNITED STATES ATTORNEY