UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:09-CR-572-HEA |
| | ) | |
| ANTOINE S. REED, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILED**
**SEALED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW Defendant, Antoine S. Reed, by and through counsel, who hereby moves this Court for an Order permitting him to file his sealed motion to continue sentencing hearing. In support of said motion, Defendant states as follows:

1.  Defendant seeks leave to file his sealed Motion to Continue Sentencing Hearing (Doc. 61).

2.  Defendant's sealed motion to continue sentencing hearing contains information that is of a private and sensitive character, which the undersigned believes should not be made available to the public.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting him leave to file his sealed motion to continue trial date, and for such other and further relief that the Court deems just and proper.

Dated: September 3, 2010.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS
        & GLASS, PC

By:    /s/ Gilbert C. Sison
        GILBERT C. SISON, #497754
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        Telephone:  (314) 862-4332
        Facsimile: (314) 862-8050
        E-mail:  gsison@rsrglaw.com

        Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>  Plaintiff,   )<br>  )<br>vs.   )<br>  )<br>ANTOINE S. REED,   )<br>  )<br>  Defendant.   ) | Case No.: 4:09-CR-572-HEA |

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael Bert, Assistant United States Attorney.

**Motion for Leave to File Sealed Motion to Continue Sentencing Hearing**

ROSENBLUM, SCHWARTZ, ROGERS
& GLASS, PC

By:   /s/ Gilbert C. Sison
GILBERT C. SISON, #497754
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
Telephone:  (314) 862-4332
Facsimile: (314) 862-8050
E-mail:   gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed

3