UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:09CR572  HEA |
| ANTOINE S. REED, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Wednesday, September 8, 2010, is reset to Friday, October 8, 2010, at 10:45 a.m. in the courtroom of the undersigned.

Dated this 7th day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE