UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09 CR 572 HEA |
| ANTOINE REED, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A SEALED DOCUMENT**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Michael A. Bert, Assistant United States Attorney for said District, and files its Motion to File a Sealed Document.

RICHARD G. CALLAHAN
United States Attorney

*/s/Michael A. Bert*
MICHAEL A. BERT, #112821
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on January 10, 2011, electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all users.

*/s/Michael A. Bert*
MICHAEL A. BERT, #112821
Assistant United States Attorney