UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| Plaintiff,            ) | |
| )  | |
| vs.                      ) | Case No. 4:09-CR-572-HEA |
| )  | |
| ANTOINE S. REED,                ) | |
| )  | |
| Defendant.            ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW, Defendant Antoine S. Reed ("Reed"), by and through his attorneys, and moves this Court for another continuance of the sentencing hearing in the above-captioned case. In support of said motion, Defendant states as follows:

1. The sentencing hearing in this matter is currently scheduled for January 11, 2011, at 3:00 p.m.

2. The undersigned respectfully requests a continuance of the sentencing hearing scheduled for the above date in light of current trial preparations. The undersigned is vigorously preparing for trial in the matter of State v. Garvester Bracken, No. 0822-CR06710-01, pending in the Circuit Court for the City of St. Louis. The case has been declared ready for trial and is currently No. 2 on the docket. As such, it is possible that the case will be called out for trial, maybe as early as tomorrow morning or tomorrow afternoon. The undersigned had hoped to use most of the afternoon preparing the trial testimony for Defendant's witnesses.

3. In further support of the continuance, some of Defendant's family members, particularly his mother and wife, have an expressed an intent to be present at Reed's sentencing hearing. However, they have expressed concerns that they may not be able to make it due to the

snow which will arrive in the region late tonight and tomorrow morning.  Reed's wife, in particular, has to drive from Southern Missouri and it is anticipated that there will be 3-7 inches of snow blanketing the greater St. Louis area, as well areas south of St. Louis through which Reed's wife will have to drive.

4. In light of the above, the undersigned respectfully requests a continuance of the sentencing hearing from its currently scheduled date to another date and time convenient to the Court's schedule.  The undersigned has consulted with the court clerk regarding available dates for the sentencing hearing, and the date of January 24, 2011, is open on the Court's calendar.

5. Counsel for Defendant attempted to consult with Assistant United States Attorney, Michael Bert regarding this matter, but did not receive an answer prior to the filing of this motion.  The undersigned is thus unaware of the Government's position regarding the continuance, even though it is not anticipated that the Government will have an objection.

WHEREFORE, Defendant respectfully requests that the Court continue the sentencing hearing in the above matter from its scheduled date of January 11, 2011, and set a new sentencing hearing for another date and time convenient to the Court's schedule, and for such other and further relief that the Court deems just and proper.

Dated: January 10, 2011.

          Respectfully submitted,

          ROSENBLUM, SCHWARTZ, ROGERS
          & GLASS, PC

By:    /s/ Gilbert C. Sison
        GILBERT C. SISON, #52346MO
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        Telephone:  (314) 862-4332
        Facsimile: (314) 862-8050
        E-mail:  gsison@rsrglaw.com

        Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTOINE S. REED, )<br>)<br>Defendant. ) | Case No. 4:09-CR-572-HEA |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2011, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael Bert, Assistant United States Attorney.

**Motion to Continue Sentencing Hearing**

ROSENBLUM, SCHWARTZ, ROGERS
& GLASS, PC

By: /s/ Gilbert C. Sison
GILBERT C. SISON, #52346MO
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
Telephone:  (314) 862-4332
Facsimile: (314) 862-8050
E-mail:  gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed