# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date____January 24, 2011_____ Case No.___4:09CR572 HEA_____

UNITED STATES OF AMERICA vs.____Antoine S. Reed_____

Judge Hon. Henry E. Autrey__ Deputy Clerk C. Long___Court Reporter__A. Daley___
Interpreter_____—_____Probation Officer____✓_____

Assistant U.S. Attorney_____Michael Bert_____
Defendant Attorney(s)_____Gilbert Sison_____

☑ Defendant/Parties present for imposition of sentence
☑ Presentence Report adopted/accepted by Court as findings of fact  ☑ PSR filed under seal
☑ Sentence imposed (see judgment)
☐ Count(s)_____dismissed on motion of AUSA
☐ Government's Motion is  ☐ granted  ☐ denied
☐ Objections to Presentence report filed by ☐ defendant ☐ government.
☐ Objections to Presentence report heard and  ☐ granted as follows:  ☐ denied as follows:

_____
_____

☑ The Court makes the following recommendations to the Bureau of Prisons:
_Placement at FCI El Reno, FCI Florence, FCI Fort Dix or_
_FCI Butner_

☑ Defendant remanded to custody of the USMS
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS     ☐ Surrender date_____
☐ Defendant is released on Probation pending processing by USMS
☑ Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
☐ Witness testimony (see witness list)
☐ Exhibits returned to and retained by counsel (see exhibit list)
☐ Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and filed Under Seal.
☐ _____

Proceedings commenced_12:50_p.m. Concluded_1:22_p.m.