Case: 4:09-cr-00572-HEA   Doc. #: 87   Filed: 02/03/11   Page: 1 of 2 PageID #: 251

RECEIVED BY MAIL
FFB 03 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. Antoine Reed
St. Francois County Jail
Farmington, MO. 63640

January 27th, 2011

CLERK, of the Court

Dear Clerk:

I pray this letter reaches you. My name is Antoine Reed and I was just sentenced to 220 months Monday, January 24th 2011 in Judge Henry E. Autrey's court. My case number # 4:09-cr-00572-HEA-MLM-1. I was told at my sentencing that I could only file an appeal under 2255 and I had only 14 days to do so. However, right after sentencing I was moved here to St. Francois County Jail where there is absolutely no law library at all, and attempts at contacting my lawyer for help has been unsuccessful.

Is there any way that I can get an extention on the 14 days being as how I am at the moment pending transfer to the BOP to start on my sentence. I'm sure there I will have available to me a law library and people to help me prepare my 2255. I don't even have a 2255 form at the moment. Can you please help me with this problem.

Sincerely,
Mr. Antoine Reed

Mr. Antoine S. Reed #117491
1550 Doubet Rd.
Farmington, MO. 63640

RECEIVED
BY MAIL

FEB 03 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clerk of the Court
111 South 10th Street 3rd Floor
St. Louis, MO. 63102

