UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09-CR-572-HEA |
| | ) |
| ANTOINE S. REED, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

COMES NOW Defendant, Antoine S. Reed, who has instructed the undersigned counsel to file the instant notice of appeal of the judgment in the above-captioned case issued by the Court on January 24, 2011.

Dated: February 7, 2011.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /s/ Gilbert C. Sison
GILBERT C. SISON, #52346MO
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
Telephone:  (314) 862-4332
Facsimile: (314) 862-8050
E-mail:  gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09-CR-572-HEA |
| ) | |
| ANTOINE S. REED, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Michael Bert, Assistant United States Attorney.

**Notice of Appeal**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /s/ Gilbert C. Sison
GILBERT C. SISON, #52346MO
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
Telephone: (314) 862-4332
Facsimile: (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant, Antoine S. Reed