US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                               USCA#: _____

USA v. Reed

Case Number:

4:09-cr-00572-HEA-1

| Plaintiff: | Defendant: |
|---|---|
| **USA** | **Antoine S. Reed** |

| Attorney: | Attorney: |
|---|---|
| Michael A. Bert<br>Michael A. Reilly<br>OFFICE OF U.S. ATTORNEY<br>111 S. Tenth Street,  20th Floor<br>St. Louis, MO 63102<br>314-539-2200<br>Fax: 314-539-2777  (Bert)<br>Fax:  314-539-7695 (Reilly)<br>Email: michael.bert@usdoj.gov<br>Email: Michael.Reilly2@usdoj.gov<br>LEAD ATTORNEYS | Adam D. Fein<br>Gilbert C. Sison<br>ROSENBLUM AND SCHWARTZ<br>120 S. Central Avenue, Suite 130<br>Clayton, MO 63105<br>314-862-4332<br>Fax: 314-862-8050<br>Email: afein@rsrglaw.com<br>Email: gsison@rsrglaw.com<br>LEAD ATTORNEYS<br>Designation: Retained |

Court Reporter:

D. O'Leary 244-7903
L. Holwitt  244-7935
L. Kresko  244-7936
A. Luisetti  244-7933
G. Madden  244-7987
A. Daley  244-7978

Please return files and documents to:

THE CLERK'S OFFICE

Person to contact about the appeal::

Joyce M. Webb/244-7929

| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| None | None | None | None |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| A. Fein/G. Sison | None | -------------------------------- | -------------------------------- |

Criminal Cases/Prisoner Pro Se Cases Only:

Is defendant incarcerated?    Yes    No         Where:

Please list all other defendants in this case if there were multiple defendants: