# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 09, 2011

Mr. Gilbert Chester Sison
ROSENBLUM & SCHWARTZ
120 S. Central Avenue
Suite 130
St. Louis, MO  63105-0000

      RE:  11-1307  United States v. Antoine Reed

Dear Counsel:

      The district court has transmitted a notice of appeal in this criminal matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      The district court has informed us that the $455 docketing and filing fees have not been paid in the case, and you must either pay them immediately or file a motion with the district court seeking permission to proceed in forma pauperis. Your duties as counsel are defined by Eighth Circuit Rule 27C and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

      www.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
      www.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
      www.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

      If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

      The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

      On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      If you have any questions about the schedule or procedures for the case, please contact our office.

      Michael E. Gans
      Clerk of Court

EDG

Enclosure(s)

cc:    Mr. Michael A. Bert
      Ms. Angie Daley
      Mr. Adam Douglas Fein
      Ms. Gayle D. Madden
      Mr. Antoine S. Reed
      Mr. Michael A. Reilly
      Mr. Natt Scott Rosenblum
      Mr. James G. Woodward

      District Court/Agency Case Number(s):   4:09-cr-00572-HEA-1

**Caption For Case Number:   11-1307**

**United States of America**

      **Plaintiff - Appellee**

**v.**

**Antoine S. Reed, also known as Antione S. Reed, also known as Jirard Twanty, also known as Ahijah Deity**

      **Defendant - Appellant**

**Addresses For Case Participants:   11-1307**

Mr. Gilbert Chester Sison
ROSENBLUM & SCHWARTZ
120 S. Central Avenue
Suite 130
St. Louis, MO  63105-0000

Mr. Michael A. Bert
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
111 S. Tenth Street
Room 20.333
St. Louis, MO  63102-0000

Ms. Angie Daley
3rd Floor
111 S. Tenth Street
Thomas F. Eagleton U.S. Courthouse
St. Louis, MO  63102-1116

Mr. Adam Douglas Fein
ROSENBLUM & SCHWARTZ
120 S. Central Avenue
Suite 130
St. Louis, MO  63105-0000

Ms. Gayle D. Madden
3rd Floor
111 S. Tenth Street
Thomas F. Eagleton U.S. Courthouse
St. Louis, MO  63102-1116

Mr. Antoine S. Reed
ST. FRANCIOS COUNTY JAIL
36618-044
1550 Doubet Road
Farmington, MO  63640-0000

Mr. Michael A. Reilly
U.S. ATTORNEY'S OFFICE
Eastern District of Missouri
111 S. Tenth Street
Room 20.333
St. Louis, MO  63102-0000

Mr. Natt Scott Rosenblum
ROSENBLUM & SCHWARTZ
120 S. Central Avenue
Suite 130
St. Louis, MO  63105-0000

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, MO  63102-0000