MR. ANTOINE S. REED
St. Francois County Jail
Farmington, MO. 63640

February, 13th, 2011

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

RECEIVED BY MAIL
FEB 17 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Dear Clerk:

My name is Antoine Reed and I was sentenced by Judge Henry E. Autrey on 01/24/2011 (4:09-CR-00573-HEA) and I was given 14 days to appeal. I wrote and explained to you how I had no idea that my lawyer would not help me at all. I also do not have access to any law library here in St. Francois County Jail. I wrote and requested an extension to buy me enough time to get to the BOP and utilize the library there. My previous lawyer may have filed an appeal on my behalf. I just want to notify you all that I have not read anything and do not know anything about any filings coming from my previous lawyer. I would like an extension, if at all possible, on the 14 day appeal. My lawyer is not representing my, so please void appeal filed by him. Thank you.

Sincerely,
Mr. Antoine Reed

MR. ANTOINE S. REED
St. Francois County Jail
Farmington, MO. 63640

Office Of The Clerk
United States District Court
Eastern District Of Missouri
111 S. Tenth Street
St. Louis, Missouri. 63102

RECEIVED BY MAIL
FEB 17 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS