# UNITED STATES DISTRICT COURT

for the

EIGHTH CIRCUIT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
|  | ) |
| **Plaintiff/Appellee** | ) |
|  | ) |
|  | ) USDC NO.: 4:09-cr-00572-HEA-1 |
|  | ) |
| **vs.** | ) |
|  | ) U.S.C.A. NO.: 11-1307 |
|  | ) |
| **Antoine S. Reed** | ) |
| **Defendant/Appellant** | ) |
|  | ) |

HONORABLE Henry E. Autrey