*United States District Court*
*Eastern District of Missouri*
*111 South 10th Street*
*St. Louis, Missouri  63102*

*James Woodward*                                                                                                  314-244-7900
  *Clerk of Court*

March 1, 2011

ELECTRONICALLY E-MAILED TO REGISTERED ATTORNEYS OF RECORD AND MAILED TO THE FOLLOWING NON-REGISTERED ATTORNEYS AND PRO SE PARTIES:

IN RE  USA v. Antoine S. Reed
       4:09-cr-00572-HEA-1

Dear Counsel:

Enclosed please find the index relative to the Record on Appeal for the above mentioned cause of action, which was sent to the U.S. Court of Appeals this date.

If we can be of further assistance to you with this matter, do not hesitate to contact our office.

Yours truly,

JAMES G. WOODWARD
Clerk of the Court


BY: *Joyce M. Webb*

       Appeals Deputy Clerk
       Joyce M. Webb
       (314) 244-7929