IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **U.S.A.** | U.S.D.C | 4:09-cr-00653-HEA-1 |
| vs. | U.S.C.A. **NO.:** | **11-1307** |
| **Antoine S. Reed** | | |

INDEX

| | DATE FILED | PAGE NUMBERS |
|---|---|---|
| 01)  INDICTMENT - [1] | 09/03/2009 | 01-04 |
| 02)  ACCEPTANCE TO PRESENTENCE - [60] INVESTIGATION REPORT by USA | 08/16/2010 | 05-05 |
| 03)  JUDGMENT- [85] | 01/24/2011 | 06-12 |
| 04)  NOTICE OF APPEAL- [89] | 02/07/2011 | 13-14 |
| 05)  CLERKS RECORD | 03/01/2011 | 15.... |

*SEALED DOCUMENTS  [59, 65, 66, 69, 77, & 86]*                    Transcript   [  ]
*by*,  **Antoine S. Reed**