# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1307

United States of America

Appellee

v.

Antoine S. Reed, also known as Antione S. Reed, also known as Jirard Twanty, also known as Ahijah Deity

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00572-HEA-1)
_____

**ORDER**

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees. Accordingly, appellant is directed to show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

March 03, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans