**RECEIVED BY MAIL**

MAR 09 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**U. S. District Court**
**Eastern District of Missouri**
111 South Tenth Street, Rm 3.300
St. Louis, MO 63102

**RECORDS TRANSMITTAL SHEET**

Date: __03/01/2011__

Records forwarded to: Clerk, U.S. Court of Appeals, Eastern District of Missouri

USDC Case __4:09cr572HEA-1__      Case Number __11-1307__

Case Caption __USA v. Antoine S. Reed__

The following records are forwarded to your office as requested:

1.) Original File: Volume(s) _____

2.) Transcript/s: _____

3.) Exhibit/s: Expandable File Folder: _____

4.) Other: __Designated Clerk's Record_____

5.) Comments: _____

**U.S.C.A. ACKNOWLEDGMENT**

_[signature]_

Received            **RECEIVED**            Returned to U.S.D.C.

By _____  MAR 12 2011             By _____

Date ___U.S. COURT OF APPEALS___           Date _____
         EIGHTH CIRCUIT