# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

_United States_,
Plaintiff,

vs.

_Antoine Reed_,
Defendant(s).

Case No. _4:09-CR-00572HEA_

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL
## AND AFFIDAVIT IN SUPPORT -- PRISONER CASES

I, _Antoine Reed_ declare (1) that I am the _Def._ in this case; (2) that because of my poverty, I am unable to pay the $455 filing and docketing fees for filing an appeal; and (3) that I believe I am entitled to relief. The nature of my appeal and the issues are briefly stated as follows: _I believe the judge gave me too long of a sentence and that it was unreasonable under the circumstances._

In further support of this application, I answer the following questions:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?

Yes __  No _✓_

If so, how many times?

Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?

Yes __  No _✓_

If so, how many of them?

2. Place of confinement of plaintiff or petitioner: _St. Francois County, MO_

3. Crime(s) for which you have been convicted, date and sentence on each:

Ct. 1. _Poss. w/ Intent to Distribute - 21 U.S.C. §841(a)(1)_   _01/24/11_  _160 mos._
Ct. 2. _Poss of Firearm Owned and in Furtherance of_
_Drug Trafficking Crime - 18 U.S.C. §924(c)_   _01/24/11_  _60 mos. consecutive to Cts 1 & 3_
Ct. 3. _Felon in Possession of a Firearm - 18 U.S.C. §922(g)(1)_   _01/24/11_  _160 mos. concurrent w/ Ct. 1_

4. Are you presently employed?     Yes __  No ✓

  a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

  _____

  b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

  Oct. 2009 for a temp agency - $6.00 - 7.00/hr.

5. Have you received, within the past twelve (12) months, money from any of the following sources?

Yes ✓  No ~~~~

Business, profession or form of self-employment?  __ ✓
Rent payments, interest or dividends?  __ ✓
Pensions, annuities or life insurance payments?  __ ✓
Gifts or inheritances?  __ ✓
Any other sources?  ✓ __

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

I received money on my books while incarcerated for this case from my mother and my wife to the tune of $50.00 - 75.00/month. That money has been spent.

6. Do you own any cash, or do you have money in a checking or savings account? Include any funds in prison accounts during the last six (6) months.
Yes ✓  No __

If the answer is "yes," state the total amount of cash owned, and the average monthly balance in all checking, savings or prison account during the last six (6) months.

I had approximately $70.00 in a joint checking account w/ my spouse. See also answer to No. 5. Currently in St. Francois County, I have about $50.00 to $60.00 on my books.

7. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
Yes ✓  No __

If the answer is "yes," describe the property and state its approximate value.

8429 Lowell Street, St. Louis, MO
Last stated value on Assessor's website was approximately $24,000.00. However, I believe the value is much lower.

8. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NO
_____
_____
_____

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 16th day of March, 2011

*Antoine Reed*                    (Signature of plaintiff)

NOTE: THIS AFFIDAVIT MUST BE ACCOMPANIED BY A **CERTIFIED** COPY OF YOUR PRISON ACCOUNT STATEMENT SHOWING THE AMOUNT OF MONEY ON DEPOSIT DURING THE LAST SIX (6) MONTHS. A "CERTIFIED COPY" OF YOUR ACCOUNT STATEMENT IS ONE THAT HAS BEEN CERTIFIED BY AN AUTHORIZED PRISON OFFICER THAT IT IS A TRUE AND CORRECT COPY. FAILURE TO SUBMIT A CERTIFIED ACCOUNT STATEMENT WILL RESULT IN THE DENIAL OF YOUR MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL.