```
                      ST. FRANCOIS COUNTY JAIL
===============================================================
                       Resident Account Summary
                  Wednesday, March 16, 2011  @09:50
===============================================================
For Name #: 117421      REED, ANTOINE
---------------------------------------------------------------
  Date    Transaction Description          Amount   Balance    Owed    Held    Reference
---------------------------------------------------------------
03/15/2011 EPR         OID:100052520-ComisaryPur   -21.55     54.71    0.00    0.00
03/15/2011 EPR         OID:100052453-ComisaryPur   -23.75     76.26    0.00    0.00
03/14/2011 <INDIGENT K REC. INP. 03/10/11            0.00    100.01    0.00    0.00
03/14/2011 INDIGENT KI REC. INP. 03/10/11            0.00    100.01    0.00    0.00
03/14/2011 DEPMO       ALBERTA 14246726788         100.00    100.01    0.00    0.00
02/16/2011 EPR         OID:100051939-ComisaryPur   -17.80      0.01    0.00    0.00
02/08/2011 EPR         OID:100051775-ComisaryPur  -102.34     17.81    0.00    0.00
02/08/2011 EPR         OID:100051687-ComisaryPur   -25.40    120.15    0.00    0.00
02/03/2011 EPR         OID:100051633-ComisaryPur   -54.45    145.55    0.00    0.00
01/31/2011 DEPMO       INITIAL DEPOSIT             200.00    200.00    0.00    0.00
```

*[signature]*