# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1307

United States of America

Appellee

v.

Antoine S. Reed, also known as Antone S. Reed, also known as Jirard Twanty, also known as Ahijah Deity

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00572-HEA-1)
_____

**ORDER**

The appellate case will be held in abeyance pending the district court's ruling on the motion to proceed in forma pauperis.

A revised briefing schedule will be established at a later date.

March 22, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans