# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1307

United States of America

Appellee

v.

Antoine S. Reed, also known as Antione S. Reed, also known as Jirard Twanty, also known as Ahijah Deity

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00572-HEA-1)

---

**ORDER**

The appellate case is hereby removed from abeyance status.

March 23, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans