**Gayle D. Madden, RDR, CRR**
*Official Court Reporter*
*United States District Court*
*111 South Tenth Street, Third Floor*
*St. Louis, MO  63102*
*(314) 244-7987*

April 29, 2011

Michael E. Gans, Clerk
U. S. Court of Appeals, Eighth Circuit
111 South Tenth Street
St. Louis, MO  63102

IN RE:  Court of Appeals Case No. 11-1307
         USA vs. Antoine Reed, USDC Case No. 4:09-CR-572-HEA

Dear Mr. Gans:

I received the second briefing schedule in the case of USA vs. Antoine Reed, which included a transcript due date of April 12, 2011.

On April 14, 2011, a CJA24 order for the 6/9/2010 Change of Plea transcript was received at the courthouse, and I've been out of the office for the last two weeks; therefore, I am requesting a 20-day extension from the date the order was received to prepare the transcript, with a transcript due date of May 4, 2011.

Thank you for your consideration in this matter.

Sincerely,


Gayle D. Madden, RDR, CRR


cc:  Gilbert C. Sison, Esq.
      Michael A. Bert, AUSA
      USDC file