# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1307

United States of America

Appellee

v.

Antoine S. Reed, also known as Antione S. Reed, also known as Jirard Twanty, also known as Ahijah Deity

Appellant

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:09-cr-00572-HEA-1)

------

## ORDER

The court reporter's motion for an extension of time to file the transcript has been granted.  The following revised briefing schedule has been established:

| | |
|---|---|
| Transcript Due: | **05/04/2011** |
| Appellant Brief Due: | **05/18/2011** |

May 02, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans