# U. S. District Court
# Eastern District of Missouri
111 South Tenth Street, Rm 3.300
St. Louis, MO 63102



## RECORDS TRANSMITTAL SHEET

Date:  **08/11/2011**

Records forwarded to:  Clerk, U.S. Court of Appeals, Eastern District of Missouri

USDC Case  **4:09cr572 HEA**          Case Number     **11-1307**

Case Caption  **USA v. Antoine S. Reed**

The following records are forwarded to your office as requested:

1.) Original File: Volume(s)

2.) Transcript/s: [107] Sentencing Transcript

3.) Exhibit/s: Expandable File Folder:

4.) Other:

5.) Comments:

**U.S.C.A.  ACKNOWLEDGMENT**


Received                                    Returned to U.S.D.C.

By _____                 By _____

Date _____                 Date _____