MR. ANTOINE REED #36068-044
U.S. Penitentiary
P.O. Box #3000
Inez, Knot, KY. 42635

RECEIVED BY MAIL
SEP 01 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED
AUG 31 2011
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

August, 27th, 2011

Dear Mr. Michael E. Gans:

I just recently dismissed my direct appeal (11-1307 U.S. v. Antoine Reed) on August 16, 2011. I was adviced by my attorney at the time that the issues that I wanted to appeal on in my direct were, as he put it, grounds more suitable for a 2255. So, I'm sitting here attempting to prepare my 2255 and I would like to request my court transcripts (i.e. my grand jury transcripts, my Evidentiary/waiver hearing on 10/26/2009 as well as the one on 11/03/2009, and my change of plea hearing transcripts). I am indigent, but if it is absolutely nessary that you receive the amount please just let me know how much and I will do what I can to come up with the money. But if you can send me the transcripts I've requested I will really appreciate it. I am indigent.

I also would like to know when my year to file my 2255 will be up. Now that I've dismissed my direct appeal where does that leave me w/ my deadline? Thank you for your help. God Bless you.

My case number is:
(4:09-CR-00572-HEA-1)

Respectfully,
Mr. Antoine Reed

MR. ANTOINE S. Reed #36618-044/B2-221
United States Penitentiary McCreary
P.O. Box # 3000
Pine Knot, KY. 42635

LEXINGTON KY 405
30 AUG 2011 PM 2 T

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Office of The CLERK
St. Louis, MO. 63102



63102X5999