Mr. Antoine S. Reed #36618-044
United States Penitentiary
P.O. Box #26030
Beaumont, Tx. 77720

**RECEIVED**

**JUL 24 2014**

**BY MAIL**

Wednesday, July, 16, 2014

Mr. Gregory J. Linhares
Clerk of Court
111 S. 10th St., Suite 3.300
St. Louis, MO. 63102

RE: Amended Judgement

Dear Clerk of Court:

    I was sentenced Jan. 17th, 2011 in Judge Autrey's court room. I was sentenced under my birth name, Antoine Samyell Reed. However, I legally changed my name back in October 2005 to "Abijah Xhosa Deity" in Washington County Missouri. This is verified in my Presentence Investigation Report (PSR). My problem is how to go about having my legal name recognized by the BOP. Well, I spoke w/ the Records Dept. here in the prison & was told to write to my sentencing court & request to have my judgement amended. Thus, my reason for writing. Can you please reply to this letter w/ step-by-step instructions of what to do in order to have my judgement amended so that my legal name will be recognized here in the BOP (What documents do I need to send you (if any)? Do I need to put my request in a motion form? Does it have to be notarized & who must I mail it to?). Thank you for your time. Please reply.

                                    Sincerely,
                                  Mr. Antoine S. Reed

MR. ANTOINE S. DEAL #36618-044
United States Penitentiary
P.O. Box #26030
Beaumont, Tx. 77720

Clerk of Court - Mr. Gregory J. Linhares
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO. 63102

**RECEIVED**

**JUL 2 4 2014**

**BY MAIL**