# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward  314-244-7900
Clerk of Court

July 29, 2014

Antoine S. Reed #36618-044
United States Penitentiary.
P.O. Box 26030
Beaumont, TX 77720

RE: USA v. Reed (Cause# 4:09cr572-HEA)

Dear Mr. Reed,

The Court Clerk is in response to your letter received on July 24, 2014. Please provide your request in a motion format and provide all certified documentation regarding your name change.   If you have any questions, you may contact the Clerk's office.


Sincerely,
GREG  LINHARES, CLERK


By:     /s/C.Kornberger
        Deputy Clerk