UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Antoine S. Reed )
　　Defendant )
 )
V. )
 ) No. 4:09-CR-572-HEA
United States Of America )
　　Plaintiff )

## Motion Requesting District Court to Recognize Legal Name Change

Now comes the petitioner/defendant, Antoine S. Reed, Pro Se hereby respectfully moves this Honorable Court back to the original pleadings as his Judgement & Commitment, to request the court change the entitled above name to the legally changed name of Ahijah Xhasa Deity. In support of said Motion the petitioner states that:

A) I am the defendant in the above entitled cause of Action.

B) That in 2005, October 31st I legally changed my name in Washington County, Missouri, to Ahijah Xhasa Deity.

C) In 2009, August 29th I was arrested for my current offense (i.e. No. 4:09-CR-572-HEA). However, I was committed under my birth name (Antoine S. Reed). My lawyer, at the time, advised me to leave things as they were when I requested for him to petition for him to have the court Recognize my legal name.

D) That I am now in the BOP (Bureau Of Prisons) serving a 180 month sentence, and I am being told by prison officials that my legal name will not be recognized by them until the District Court makes an amendment to my Judgement and committment to reflect my legal name and they are notified by the court of the amendment.

E) The exhibits incorporated is a stamped Certificate of True Copy provided to me by Patricia Bayer, Clerk of the Circuit Court of Washington County, Missouri, as requested by this Honorable Court. As well as a page from my Presentence Investigation Report

-1-

MEMO OF LAW IN SUPPORT:

Stahl v. U.S. Dep't of Agric., 327 F.3d 697, 700 (8th Cir. 2003).
United States v. Wetsch, 2013 U.S. Dist. Lexis 111069 (D. Minn., August 7th, 2013)

Wherefore: This petitioner/Defendant request this Honorable Court to Recognize the legal name change; direct the U.S Marshal to Recognize the legal name change & direct the BOP to Recognize the legal name change, & direct the United States Probation & Pretrial Services office to also Recognize the legal name change.

Respectfully Submitted
Antoine S. Reed
Reg #36618-044
U.S. Penitentiary
P.O. Box #26030
Beaumont, Texas. 77720

-2-

## Certificate of Service

This shall serve as to certify that a true and exact copy of this Motion was mailed by U.S. Mail, Postage prepaid and the same foreward to those named below on August, 7th, 2014.

Copies mailed to:

> United States District Court
> Eastern District of Missouri
> 111 South 10th Street
> St. Louis, MO. 63102

*Antoine S. Reed*
Pro se Petitioner/Defendant

-7-