RECEIVED
AUG 14 2014
BY MAIL

Antoine S. Reed #36616-044
United States Penitentiary
P.O. Box # 26030
Beaumont, Tx. 77720

August, 7th, 2014

United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, MO. 63102

RE: USA v. Reed (Cause # 4:09cr572-HEA)

Dear Clerk of Court:

Enclosed, you will find the motion that I prepared requesting to have my legal name recognized by the District Court. You will also find a copy of a certified document regarding my name change, & a copy of the page from my PSR (Presentence Investigation Report) that acknowledges my legal name change (Exhibits). Can you please let me know if I did things the right way. Thank you.

Respectfully,
Antoine S. Reed

## United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

July 29, 2014

Antoine S. Reed #36618-044
United States Penitentiary.
P.O. Box 26030
Beaumont, TX 77720

RE: USA v. Reed (Cause# 4:09cr572-HEA)

Dear Mr. Reed,

The Court Clerk is in response to your letter received on July 24, 2014. Please provide your request in a motion format and provide all certified documentation regarding your name change. If you have any questions, you may contact the Clerk's office.

Sincerely,
GREG LINHARES, CLERK

By:     /s/C.Kornberger
        Deputy Clerk

Mr. Antoine S. Reed #36618-044
United States Penitentiary
P.O. Box # 26030
Beaumont, Tx. 77720

**RECEIVED**
JUL 24 2014
**BY MAIL**

Wednesday, July 16, 2014

Mr. Gregory J. Linhares
Clerk of Court
111 S. 10th St., Suite 3.300
St. Louis, MO. 63102

RE: Amended Judgement

Dear Clerk of Court:

    I was sentenced Jan. 17th, 2011 in Judge Autrey's court room. I was sentenced under my birth name, Antoine Samyell Reed. However, I legally changed my name back in October 2005 to Abijah Xhosa Deity in Washington County Missouri. This is verified in my Pre-sentence investigation Report (PSR). My problem is how to go about having my legal name recognized by the B.O.P. Well, I spoke w/ the Records Dept. here in the prison & was told to write to my sentencing court & request to have my judgement amended. Thus, my reason for writing. Can you please reply to this letter w/ step-by-step instructions of what to do in order to have my judgement amended so that my legal name will be recognized here in the B.O.P.(: What documents do I need to send you (if any)? Do I need to put my request in a motion form? Does it have to be notarized & who must I mail it to?). Thank you for your time. Please reply.

Sincerely,
Mr. Antoine S. Reed

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, MISSOURI
AT POTOSI, MISSOURI

IN THE MATTER OF: )
ANTOINE SAMYELL REED )
)
) Cause No. 05WA-CC00196
)
POTOSI CORRECTIONAL CENTER )
11593 STATE HIGHWAY-O )
MINERAL POINT, MISSOURI  63660 )
)
     PETITIONER. )

**FILED**
____ O'clock ____ Minutes __ M.
OCT 3 1 2005
By _Patricia J. Boyer_

### JUDGMENT CHANGING NAME

On this 8th day of August the Petition of Antoine Samyell Reed for a Change of Name comes on to be heard, and after considering the pleadings and evidence adduced as to the reasons for said Change of Name, it is found that said Change of Name is proper and is not detrimental to the interest of any other person.

IT IS THEREFORE, ORDERED that the name of Antoine Samyell Reed be changed to Ahijah Xhosa Deity.

IT IS FURTHER ORDERED, that notice of the Change of Name be published as required by statute at the cost of the Petitioner, and that no copy of this Judgment be issued until proof of publication of said notice is filed herein.

_____ 10/3/05
TROY HYDE, ASSOCIATE CIRCUIT JUDGE

STATE OF MISSOURI } SS CERTIFICATE OF TRUE COPY
COUNTY OF WASHINGTON }

I, PATRICIA BOYER, Clerk of the Circuit Court for said County, hereby certify the above and foregoing to be a true copy of original documents as same appears of record in my office.
IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at office in Potosi, Missouri, this the 12th day of June, 2014.

_Patricia J. Boyer_
PATRICIA BOYER, Clerk Circuit Court

By _____ D.C.

**ANTOINE S. REED** 12.

## CRIMINAL HISTORY COMPUTATION

65. The criminal convictions above result in a subtotal criminal history score of seventeen.

66. One criminal history point is assessed pursuant to Section 4A1.1(e), as the defendant has a prior sentence resulting from a conviction of a crime of violence, Assault Second Degree (Docket No. 98CR5792), which did not receive points because it was counted as a single sentence with another count of conviction in the same case.

67. The total of the criminal history points is 18, establishing a criminal history category of VI. In addition, according to Sections 4B1.1(b) and 4B1.4(c)(1), the criminal history category is VI, as the defendant is a Career Offender.

## OTHER CRIMINAL CONDUCT

68. None.

## PENDING CHARGES

69. On October 20, 2009, the defendant was charged with Unlawful Use of a Weapon in Circuit Court, St. Louis, Missouri under Docket No. 0922CR-4447, which appears to be related to the instant offense.

70. The defendant has the following pending charges in Municipal Court, St. Louis, Missouri for traffic violations: Driving While License Suspended or Revoked (080540263 and 072043771); Operating Vehicle Without Proper Vehicle License (080537737); and Fleeing-Attempt to Elude (080537735).

71. On August 7, 2009, in Circuit Court, Cape Girardeau County, Missouri, the defendant was charged with Operating Motor Vehicle While License Suspend or Revoked and Fail to Drive on Right Half of Roadway, under Docket No. 09G9-CR01553, which remains pending.

## PART C. OFFENDER CHARACTERISTICS

### PERSONAL AND FAMILY DATA

72. Antoine Samyell Reed was born on March 17, 1980, in St. Louis, Missouri (verified). In 2005 he legally changed his name to Ahijah X. Deity while he was incarcerated in the MDC (verified by court records). His parents are Samuel Smith, age 56, and Alberta Reed, age 60. Reed reported that he never had a relationship with his father, who he described as a recluse living with his brother in St. Louis, Missouri. Reed's mother is a retired teacher who resides in St. Louis, Missouri. He has four siblings: Tymon Reed, Girard Reed, and Layvette Reed. His sister, Paula Reed, died in 2006 at the age of 35

MR. Antoine S. Reed #36618-044
United States Penitentiary
P.O. Box #26030
Beaumont, Tx. 77720

Clerk of Court Mr. Gregory J. Linhares
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO. 63102

RECEIVED
AUG 14 2014
BY MAIL