RECEIVED
SEP 11 2014
BY MAIL

Mr. Antoine S. Reed
a/k/a Ahijah X. Deity #36618-044
U.S. Penitentiary
P.O. Box #26030
Beaumont, Tx. 77720

September, 4th, 2014

Office of the Clerk
111 S. Tenth, St.
St. Louis, MO. 63102

RE: USA v. Reed (cause # 4:09-cr-572-HEA)

Dear Court Clerk:

I sent you all a motion requesting an amendment to my J&C in order to reflect my legal name (i.e. Ahijah Xhosa Deity). My sentencing judge (Henry E. Autrey) amended the Judgement in a criminal case (4:09-cr-00572-HEA, Doc.#117, filed: 08/08/14) & your office mailed it to me last month. However, the administration here in the prison — particularly, the Records Dept. — are telling me that the amended J&C must be received by them from [your] office — not me. (They don't accept those type of documents from us prisoners — only from the courts). So, can you please fax to the Correctional Systems management, Stacy Powers (Stacy Powers is the head of the Records Department here at USP Beaumont). The fax # is 409 626 3738. Please fax over to them the Amended Judgement in a criminal case signed by Judge Autrey on 08/08/14 & please explain that the amended J&C is in response to the motion I filed attempting to get my legal name recognized. Can you please help me w/ this. It would be greatly appreciated. Thank you for all your help.

Sincerely,
Mr. Ahijah Xhosa Deity
a/k/a
Antoine S. Reed

Antoine S. Reed #36618-044
United States Penitentiary
P.O. Box # 26030
Beaumont, Tx. 77720

Office of the Clerk
United States District Court
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri. 63102

RECEIVED
SEP 11 2014
BY MAIL