**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CR572 HEA |
| ) | |
| ANTOINE REED, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Defendant has filed a motion for relief from judgment pursuant to *Johnson v. United States*, 135 S.Ct. 2551 (2015), as well as a motion to stay pending certification to file a successive motion to vacate from the Eighth Circuit Court of Appeals. The Court finds that the motion for relief from judgment should be administratively terminated and opened as a new case under 28 U.S.C. § 2255.

Accordingly,

**IT IS HERBY ORDERED** that the Clerk is directed to **administratively terminate** defendant's motion for relief from judgment [Doc. #120] and open it as a new civil action under 28 U.S.C. § 2255. The Clerk should note that this is a *Johnson* action.

**IT IS FURTHER ORDERED** that the Clerk shall transfer defendant's motion to stay into the new civil action for ruling by the Court.

Dated this 12th day of July, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE